JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA, | CV 24-291 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SHERMAN OAKS DRY CLEANERS INC., et al., | |
| Defendants. | |

Pursuant to the Court's April 30, 2024 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Ignacio Vera ("Plaintiff") against defendants Sherman Oaks Dry Cleaners Inc. and Endeavor Ventures, LLC ("Defendants"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: April 30, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE